

**Brian L. Grossman**
Senior Associate

P:  +1.646.357.3239
F:  +1.646.776.5743
E:  bgrossman@rsf-llp.com

**Reinhardt Savic Foley LLP**
**New York**
200 Liberty Street 27th Fl.
New York, New York 10281
www.rsf-llp.com

August 22, 2023

**VIA ECF**
Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

Re:  *Surfside Solutions Inc. v. Good Tree Holdings, LLC*
     Case No.: 1:23-cv-04897-KPF

Dear Judge Failla,

My firm represents the Plaintiff Surfside Solutions Inc. ("Plaintiff") in the above-referenced matter. I write pursuant to Your Honor's Individual Rules 2(C) and 2(D) to request an adjournment of the currently scheduled initial pretrial conference, currently scheduled for August 25, 2023, at 3:00 p.m., while Plaintiff moves for a default judgment against Defendant Good Tree Holdings, LLC ("Defendant"). Plaintiff respectfully requests that the Court adjourn the initial pretrial conference for one month, or for an amount of time the Court deems reasonable based on the Court's schedule.

There is currently an initial pretrial conference scheduled for August 25, 2023. No party has previously requested any extension or adjournment of this initial pretrial conference. Plaintiff requests this adjournment so that Plaintiff may move for default against Defendant as Plaintiff has already obtained a certificate of default as to Defendant. Plaintiff has not received any response to its Summons and Complaint, such that Plaintiff has not been able to seek Defendant's counsel's consent as to the requested adjournment. This requested adjournment does not affect any other scheduled dates.

Respectfully submitted,

Brian L. Grossman

Application GRANTED. The initial pretrial conference currently scheduled for August 25, 2023, is hereby ADJOURNED *sine die* pending further order of the Court while Plaintiff moves for default judgment against Defendant.

The Clerk of Court is directed to terminate the pending motion at docket number 12.

Dated:   August 22, 2023        SO ORDERED.
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE