UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| SURFSIDE SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOD TREE HOLDINGS, LLC, <br><br> Defendant. | 23 Civ. 4897 (KPF) <br><br> **DEFAULT JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

This action having been commenced on June 12, 2023, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Good Tree Holdings, LLC, on June 22, 2023, by personal service on Defendant's Agent for Service of Process, CSC-Lawyers Incorporating Service — Nicole, and a proof of service having been filed on July 5, 2023 (Dkt. #8), and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and Defendant having failed to respond to the Order to Show Cause, and the Court holding a hearing on November 2, 2023, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Plaintiff have judgment against Defendant Good Tree Holdings, LLC in the amount of $117,314.82. The total judgment amount represents the unpaid balance of $99,543.05, contractual late fees as of August 30, 2023, of $14,519.77, costs and disbursements in the amount of $492.00, and attorneys' fees in the amount of

$2,760.00. Plaintiff is further entitled to post-judgment interest from the date of this judgment pursuant to 28 U.S.C. § 1961.

The Clerk of the Court is direct to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:    November 14, 2023
         New York, New York

By: _____
    KATHERINE POLK FAILLA
    United States District Judge